[No. 2627-3.   Division Three.   January 30, 1979.]

KIM GROOM, *Plaintiff*, v. RENAE HIRST, *Appellant*, LEO A. ZIEGAN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 26352, Fred Van Sickle, J., entered October 28, 1977. *Dismissed* by unpublished opinion per Munson, J., concurred in by McInturff and Roe, JJ.

[No. 2053-3.   Division Three.   January 30, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH C. HUSTON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 19545, Willard J. Roe, J., entered August 14, 1974. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[Nos. 2624-3; 2593-3.   Division Three.   February 1, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTHA HAYES, *Appellant*.

Appeals from judgments of the Superior Court for Yakima County, Nos. 19877, 77-1-00405-6, Howard Hettinger and Walter A. Stauffacher, JJ., entered October 5 and 10, 1977. *Dismissed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.